Order affirmed, without costs, in the following memorandum: An article 78 proceeding in the nature of prohibition does not lie in a case such as this. Prohibition is an extraordinary remedy
 
 *899
 
 to be invoked only to restrain the exercise of an unauthorized jurisdiction and is not available to prevent possible error which may be corrected on appeal. (See
 
 People ex rel. Livingston
 
 v.
 
 Wyatt,
 
 186 N. Y. 383, 394;
 
 Matter of Blake
 
 v.
 
 Hogan,
 
 25 N Y 2d 747, 748;
 
 Matter of Hogan
 
 v.
 
 Court of Gen. Sessions,
 
 296 N. Y. 1, 8-9;
 
 Matter of Culver Contr. Corp.
 
 v.
 
 Humphrey,
 
 268 N. Y. 26, 39;
 
 Matter of Schuyler
 
 v.
 
 State Univ. of N. Y. at Albany,
 
 31 AD 2d 273, 274.)
 

 Concur: Chief Judge Fuld and Judges Burke, Scileppi, Bergan, Breitel, Jasen and Gibson.